MORAN TOWING AND TRANSPORTATION COMPANY, Respondent, v. JOHN J. FLEMING, Appellant. (Appeal No. 1.) — Order denying motion of appellant for an order modifying an execution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

MORAN TOWING AND TRANSPORTATION COMPANY, Respondent, v. JOHN J. FLEMING, Appellant. (Appeal No. 2.) — Order denying a motion made by the appellant to vacate an *ex parte* order amending an execution so as to include a

command to the sheriff to collect interest, which command had been inadvertently omitted, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. [175 Misc. 408.]